## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Stephen S. Snook     :
            :
    v.       :
            :
Mifflin County Retirement Board, :
       Appellant :   No. 173 C.D. 2015

**PER CURIAM**

## O R D E R

NOW, January 20, 2016, having considered appellee's application for reargument and appellant's answer in response thereto, the application is denied.